IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF NEW MEXICO

PAUL GRIEGO,

    Plaintiff,

vs.                                                    No. CIV 13-0929 JB/KBM

CITY OF ALBUQUERQUE;
ALBUQUERQUE POLICE DEPARTMENT
and ROBERT STOCKTON, JR., in his
individual and official capacities,

    Defendants.

## ORDER[1]

**THIS MATTER** comes before the Court on the Motion to Dismiss, filed November 22, 2013 (Doc. 9)("MTD"). The Court held a hearing on July 24, 2014. The Court will grant the MTD in part and deny it in part.

**IT IS ORDERED** that the Motion to Dismiss, filed November 22, 2013 (Doc. 9), is granted in part and denied in part.

                                                                                                           _____
                                                                                                           UNITED STATES DISTRICT JUDGE

*Counsel*:

Wayne Baker
Law Office of Wayne Baker
Albuquerque, New Mexico

       *Attorney for the Plaintiff*

---

[1] This Order disposes of the Motion to Dismiss, filed November 22, 2013 (Doc. 9). The Court will, however, at a later date issue a Memorandum Opinion more fully detailing its rationale for this decision.

David Tourek
   City Attorney
Kristin J. Dalton
   Assistant City Attorney
Albuquerque City Attorney's Office
Albuquerque, New Mexico

   *Attorneys for the Defendants*